**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JUSTIN PAUL HUTCHESON,

Plaintiff,

v. Case No. 8:26-cv-664-TPB-GDP

HILLSBOROUGH COUNTY,
FLORIDA, et al.,

Defendants.
_____________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the report and recommendation of Gregory D. Pizzo, United States Magistrate Judge, filed on November 4, 2026. (Doc. 24). Judge Pizzo recommends that the Court dismiss Plaintiff's second amended complaint with prejudice. (Doc. 22). No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and

recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Pizzo's report and recommendation, the Court adopts the report and recommendation. Consequently, the complaint is dismissed with prejudice.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Pizzo's report and recommendation (Doc. 24) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.
2. This case is **DISMISSED WITH PREJUDICE**.
3. The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 23rd day of November, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE